James C. RIGDON, Plaintiff–Appellees,

v.

The STATE OF GEORGIA BOARD OF REGENTS, et al., Defendants,

---

Hank Ford, Defendant–Appellant.

No. 05–14675

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 10, 2006.

Laura Elizabeth Roberts, G. Todd Carter, Whelchel, Brown, Readdick & Bumgartner, Brunswick, GA, for Appellant.

Malcolm Mackenzie, III, Weiner, Shearouse, Weitz, Greenberg & Shawe, Savannah, GA, for Appellee.

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

In this action, James Rigdon claims that Henry Ford (and other individuals), acting under color of state law, unlawfully discriminated against him on account of his race with regard to certain conditions of his employment, and he seeks money damages under 42 U.S.C. § 1983. Ford, claiming that he is immune from suit under the doctrine of qualified immunity, moved the court for summary judgment. The court denied his motion in an order entered on July 25, 2005. He now appeals the court's ruling.

In its July 25 order, the court, considering the evidence in the light most favorable to Rigdon (as it was required to do), explained at length (at pages 20–25) why Ford is not entitled to qualified immunity. We find no error in the court's explanation and therefore affirm its ruling.

**AFFIRMED.**